IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS WAMALWA KIBUNGUCHY,

    Plaintiff,

vs.

SACRAMENTO COUNTY POLICE DEPARTMENT, et al.,

    Defendants.

No. CIV S-09-2478 EFB P

ORDER

/

    Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983.

    To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff initially filed this action in the United States District Court for the Eastern District of New York. That court transferred the case to this court pursuant to 28 U.S.C. § 1391(b). Dckt. No. 4. Pending at the time of transfer was plaintiff's request for leave to proceed *in forma pauperis*, a request which the Eastern District of New York left for this court to resolve. *Id.* Having reviewed plaintiff's motion to proceed *in forma pauperis*, the court finds

1

1  that it does not comply with 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner
2  seeking to bring a civil action without prepayment of fees or security therefor, in addition to
3  filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund
4  account statement (or institutional equivalent) for the prisoner for the 6-month period
5  immediately preceding the filing of the complaint . . . , obtained from the appropriate official of
6  each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified
7  copy of his trust account statement or the institutional equivalent. He may comply with this
8  requirement by having prison officials complete the "Certificate" portion of the form application
9  for leave to proceed *in forma pauperis*.
10     Accordingly, plaintiff has 30 days from the date this order is served to submit the
11 required trust account statement or certificate. Failure to comply with this order will result in a
12 recommendation that this action be dismissed. The Clerk of the court is directed to send to
13 plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
14     So ordered.
15 Dated: August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2