IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRIS WAMALWA KIBUNGUCHY,

    Plaintiff,                     No. CIV S-09-2478 EFB P

    vs.

SACRAMENTO COUNTY POLICE
DEPARTMENT, et al.,

    Defendants.                ORDER

_____/

    Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. §1983.

    To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." This requirement may be complied with

1  by having prison officials complete the "Certificate" portion of the form application for leave to
2  proceed *in forma pauperis*.
3      This court found that plaintiff's initial *in forma pauperis* application did not comply with
4  § 1915(a) because it lacked a certified copy of his trust account statement or the institutional
5  equivalent and ordered plaintiff to submit a proper application on August 26, 2010. Plaintiff has
6  submitted a new *in forma pauperis* application. However, plaintiff's application again fails to
7  include a certified copy of his trust account statement or the institutional equivalent. The
8  "certificate" portion of the application has been filled out, but is not signed by a prison official.
9      The court will give plaintiff one more chance to submit an application to proceed *in*
10 *forma pauperis* that complies with § 1915(a) or to submit the filing fee. Plaintiff has 30 days
11 from the date this order is served to submit the required trust account statement or signed
12 certificate or pay the filing fee. Failure to comply with this order will result in a
13 recommendation that this action be dismissed. The Clerk of the court is directed to send to
14 plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
15     So ordered.
16 Dated: September 20, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE