1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  CHRIS WAMALWA KIBUNGUCHY,

11            Plaintiff,                    No. CIV S-09-2478 EFB P

12       vs.

13  SACRAMENTO COUNTY POLICE
    DEPARTMENT, et al.,
14                                          ORDER AND
              Defendants.                   FINDINGS AND RECOMMENDATIONS
15
    _____/
16

17       Plaintiff, an inmate confined at Atascadero State Hospital, proceeds without counsel in an

18  action brought under 42 U.S.C. § 1983.  On December 14, 2010, the court dismissed plaintiff's

19  complaint for failure to state a cognizable claim.  The dismissal order explained the complaint's

20  deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies,

21  and warned plaintiff that failure to file an amended complaint would result in a recommendation

22  that this action be dismissed for failure to state a claim.

23       The 30-day period has expired and plaintiff has not filed an amended complaint or

24  otherwise responded to the court's order.[1]

25  _____

26       [1] On December 15, 2010, plaintiff filed a letter with the court.  The letter is wholly
    unresponsive to the December 14 order and appears would have been mailed before the court

                                           1

1    Accordingly, it is hereby ORDERED that the Clerk randomly assign a United States

2 District Judge to this case.

3    Further, it is RECOMMENDED that this action be dismissed for failure to state a claim.

4 28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).

5    These findings and recommendations are submitted to the United States District Judge

6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

7 after being served with these findings and recommendations, any party may file written

8 objections with the court and serve a copy on all parties.  Such a document should be captioned

9 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

10 within the specified time may waive the right to appeal the District Court's order. *Turner v.*

11 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

12 Dated:  January 31, 2011.

13

14                EDMUND F. BRENNAN
                  UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26 issued its order.

2